IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RHETT CAVIEL, MORGAN L. JACKSON, HEWEN P. HUMPHREY, III, MARTHA HUMPHREY McQUEEN, HOMER HUMPHREY, LEO C. HUMPHREY, FRANK HUMPHREY, BARABARA J. HUMPHREY ARMSTEAD, and THE UNKNOWN HEIRS AT LAW OF ANTHONY R. HUMPHREY, DECEASED, | § § § § § § § § § | Civil Action No. 4:22-cv-02747 |
| Defendants. | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PARTIES / CORPORATE DISCLOSURE STAETMENT**

Plaintiff Bank of America, N.A. ("Plaintiff" or "BANA") files this Certificate of Interested Person / Corporate Disclosure Statement and states as follows:

**I.
INTERESTED PERSONS**

The following is a complete list of all persons, associations of persons and entities that are financially interested in the outcome of the case, to Plaintiff's knowledge:

1. Bank of America, N.A.
   Plaintiff
   c/o Mark D. Cronenwett
   Mackie Wolf Zientz & Mann, P. C.
   14160 North Dallas Parkway, Suite 900
   Dallas, TX 75254
   (214) 635-2650
   (214) 635-2686 (Fax)

   <u>Bank of America Corp</u>  NYSE Symbol: BAC

2. Rhett Caviel
   Defendant
   7818tilla CT
   Houston, TX 77083-6757

3. Morgan L. Jackson
   Defendant
   321 Darst Road
   Kendleton (Beasley), Texas 77451

4. Hewen P. Humphrey,
   Defendant
   5430 Heron Drive
   Houston, Texas 77033

5. Martha J. Humphrey McQueen
   Defendant
   Unknown

6. Homer Humphrey
   Defendant
   Rt. 3, Box 491
   Wharton, Texas 77488

7. Leo C. Humphrey
   Defendant
   810 Darst Road
   Beasley, Texas 77417

8. Frank Humphrey
   Defendant
   12011 Mayo Road
   Wallis, Texas 77485

9. Barbara J. Humphrey Armstead
   Defendant
   1037 Darst Road
   Beasley, TX 77417-9524

10. The Unknown Heirs at Law of Anthony R. Humphrey, Deceased

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
    **MARK D. CRONENWETT**
    Texas Bar No. 00787303
    Southern District of Texas Bar No. 21340
    mcronenwett@mwzmlaw.com

**MACKIE, WOLF, ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas  75254
Telephone:  (214) 635-2650
Facsimile:  (214) 635-2686

*Attorneys for Plaintiff*