United States Courts
Southern District of Texas
FILED

FEB 21 2023

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BANK OF AMERICA § | |
| Plaintiff, § | |
| § | Civil Action No. 4:22-cv-02747 |
| V. § | |
| § | |
| RHETT CAVIEL § | |
| Defendant. § | |

## DEFENDANT'S ORIGINAL ANSWER

**NOW COMES** Defendant, Rhett Caviel, named Defendant in the above-entitled and numbered cause, and files this Original Answer, and shows the Court:

### GENERAL DENIAL

Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

Defendant did not receive proper service on September 19,2022. Defendant attended a hearing on 12/16/2022 and was told that it had been continued to 1/20/2023. It was again continued until April. Plaintiff foreclosed on property secured by a deed of trust recorded in Fort Bend County and is trying to encumber property which was not and has never been included in the original deed of trust.

### PRAYER

Defendant prays the Court, after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

By: _____
Rhett Caviel

## CERTIFICATE OF SERVICE

I certify that on February 21, 2023 a true and correct copy of Defendant's Original Answer was served on Mark D. Cronenwett electronically at mcronenwett@mwzmlaw.com, and the electronic transmission was reported as complete.

_Rhett Caviel_
Rhett Caviel